UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-cv-21278-ALTMAN/Sanchez

**TESLA, INC.**,

    *Plaintiff*,

v.

**THE INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"**

    *Defendants*.

_____/

## ORDER

The Plaintiff has filed a Notice of Voluntary Dismissal [ECF No. 39] pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), informing the Court that it has dismissed this case as to Defendant 85 listed on Schedule A to the Complaint [ECF No. 7-3]. Accordingly, we hereby **ORDER and ADJUDGE** that the claims against Defendant No. 85 are **DISMISSED** *without prejudice.* The Clerk of Court is directed to **TERMINATE** Defendant No. 85 from the case.

**DONE AND ORDERED** in the Southern District of Florida on May 13, 2024.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record