UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-cv-21278-ALTMAN/Sanchez

**TESLA, INC.**,

    *Plaintiff*,

v.

**THE INDIVIDUALS, PARTNERSHIPS,
AND UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"**

    *Defendants*.

_____/

### ORDER FOLLOWING STATUS CONFERENCE

For the reasons stated on the record at our May 13, 2024, Status Conference [ECF No. 41], we hereby **ORDER and ADJUDGE** as follows:

1. The claims against Defendants Nos. 47, 84, 90, 114, 123, 143, 146, 224, 237, 238, 243, and 264 on Schedule A to the Complaint [ECF No. 7-3] are **DISMISSED** *without prejudice*. The Clerk is directed to **TERMINATE** Defendants Nos. 47, 84, 90, 114, 123, 143, 146, 224, 237, 238, 243, and 264 from the case. The Temporary Restraining Order we entered as to Defendants Nos. 47, 84, 90, 114, 123, 143, 146, 224, 237, 238, 243, and 264 [ECF No. 11] is hereby **DISSOLVED**.

2. Defendant No. 147 ("LeatherAppealCa") shall respond to the Plaintiff's Motion for Preliminary Injunction [ECF No. 7] by **May 31, 2024**. Finding that there is good cause to do so, the Temporary Restraining Order [ECF No. 11] is **EXTENDED** to **June 10, 2024**, as to Defendant 147 *only*.

3. A hearing on the Plaintiff's Motion for Preliminary Injunction [ECF No. 7] as to Defendant No. 147 is **SET** for **June 10, 2024**, at **2:00 p.m.** in the Miami Division,

Courtroom 12-4.

**DONE AND ORDERED** in the Southern District of Florida on May 13, 2024.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:  counsel of record