# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

__________ Division

| | |
|---|---|
| Tesla, Inc<br>__________<br>*Plaintiff(s)*<br>*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Case No. 24-cv-21278<br>*(to be filled in by the Clerk's Office)*<br><br>Jury Trial: *(check one)* ☐ Yes ☐ No |
| -v- | |
| Jamil Velji (SoarCo #223 of Schedule A)<br>__________<br>*Defendant(s)*<br>*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | FILED BY RR D.C.<br>Jun 4, 2024<br>ANGELA E. NOBLE<br>CLERK U.S. DIST. CT.<br>S. D. OF FLA. - Miami |

## THE DEFENDANT'S ANSWER TO THE COMPLAINT

### I. The Parties Filing This Answer to the Complaint

Provide the information below for each defendant filing this answer or other response to the allegations in the plaintiff's complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Jamil Velji |
| Street Address | 39 Splendor Dr |
| City and County | Whitby, Canada |
| State and Zip Code | Ontario, L1P1X9 |
| Telephone Number | 2899218371 |
| E-mail Address | jamilvelji0@gmail.com |

### II. The Answer and Defenses to the Complaint

#### A. Answering the Claims for Relief

On a separate page or pages, write a short and plain statement of the answer to the allegations in the complaint. Number the paragraphs. The answer should correspond to each paragraph in the complaint, with paragraph 1 of the answer corresponding to paragraph 1 of the complaint, etc. For each paragraph in the complaint, state whether: the defendant admits the allegations in that paragraph; denies the allegations; lacks sufficient knowledge to admit or deny the allegations; or admits certain allegations but denies, or lacks sufficient knowledge to admit or deny, the rest.

**B. Presenting Defenses to the Claims for Relief**

Write a short and plain statement identifying the defenses to the claims, using one or more of the following alternatives that apply.

1. The court does not have subject–matter jurisdiction over the claims because *(briefly explain why there is no federal–question jurisdiction or diversity–of–citizenship jurisdiction; see the complaint form for more information)*

2. The court does not have personal jurisdiction over the defendant because *(briefly explain)*
Defendant made no sales of the product in question to the State of Florida. Total sales of the product are approximately 35USD. Total profits amount to less than 5USD.

3. The venue where the court is located is improper for this case because *(briefly explain)*
Defendant is a Canadian Citizen, resides in Canada and cannot conceivably travel for court proceedings.

4. The defendant was served but the process–the form of the summons–was insufficient because *(briefly explain)*

5. The manner of serving the defendant with the summons and complaint was insufficient because *(briefly explain)*

6. The complaint fails to state a claim upon which relief can be granted because *(briefly explain why the facts alleged, even if true, are not enough to show the plaintiff's right to recover)*
Plantiff claims to have purchased a test buy of the item, Defendant has no record of any such sale to the State of Florida or otherwise, with the last sale occuring in March of 2022.

7. Another party *(name)* ______________________ needs to be joined (added) in the case. The reason is *(briefly explain why joining another party is required)*



    a. If the basis for subject–matter jurisdiction is diversity of citizenship, state the effect of adding the other party:

The other party is a citizen of the State of *(name)* __________.

Or is a citizen of *(foreign nation)* __________. The amount of damages sought from this other party is *(specify the amount)* __________.

b. If the claim by this other party is based on an alleged violation of a federal constitutional or statutory right, state the basis:

## C. Asserting Affirmative Defenses to the Claims for Relief

Identify an affirmative defense or avoidance that provides a basis for the defendant to avoid liability for one or more of the plaintiff's claims even if the basis for the claim is met. Any affirmative defense or avoidance must be identified in the answer. Include any of the following that apply, as well as any others that may apply.

The plaintiff's claim for *(specify the claim)*

is barred by *(identify one or more of the following that apply)*:

1. Accord and satisfaction *(briefly explain)*

2. Arbitration and award *(briefly explain)*

3. Assumption of risk *(briefly explain)*

4. Contributory or comparative negligence of the plaintiff *(briefly explain)*

5. Duress *(briefly explain)*

Pro Se 3 (Rev. 12/16) The Defendant's Answer to the Complaint

6. Estoppel *(briefly explain)*

7. Failure of consideration *(briefly explain)*

8. Fraud *(briefly explain)*

9. Illegality *(briefly explain)*

10. Injury by fellow employee *(briefly explain)*

11. Laches (Delay) *(briefly explain)*

12. License *(briefly explain)*

13. Payment *(briefly explain)*

14. Release *(briefly explain)*

15. Res judicata *(briefly explain)*

Page 4 of 7

16. Statute of frauds *(briefly explain)*

17. Statute of limitations *(briefly explain)*

18. Waiver *(briefly explain)*

19. Other *(briefly explain)*

**D. Asserting Claims Against the Plaintiff (Counterclaim) or Against Another Defendant (Cross–Claim)**

For either a counterclaim against the plaintiff or a cross–claim against another defendant, state briefly the facts showing why the defendant asserting the counterclaim or cross–claim is entitled to the damages or other relief sought. Do not make legal arguments. State how each opposing party was involved and what each did that caused the defendant harm or violated the defendant's rights, including the dates and places of that involvement or conduct. If more than one counterclaim or cross–claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

1. The defendant has the following claim against the plaintiff *(specify the claim and explain it; include a further statement of jurisdiction, if needed)*:

2. The defendant has the following claim against one or more of the other defendants *(specify the claim and explain it; include a further statement of jurisdiction, if needed)*:

3. State briefly and precisely what damages or other relief the party asserting a counterclaim or cross–claim asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons that are alleged to entitle the party to actual or punitive money damages.

J.V

a. The defendant asserting the counterclaim or cross–claim against *(specify who the claim is against)* ______________________ alleges that the following injury or damages resulted *(specify)*:

b. The defendant seeks the following damages or other relief *(specify)*:

## III. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this answer: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the answer otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 05/26/2024

Signature of Defendant [signature]

Printed Name of Defendant Jamil Velji

### B. For Attorneys

Date of signing: ______________

Signature of Attorney ______________

Printed Name of Attorney ______________

Bar Number ______________

Name of Law Firm ______________

Street Address ______________

State and Zip Code ______________

J.V

Pro Se 3 (Rev. 12/16) The Defendant's Answer to the Complaint

Telephone Number ______________________

E-mail Address ______________________

Page 7 of 7

Print Save As... Add Attachment Reset

This UPS envelope is for use with the following services:
UPS Express® Early
UPS Worldwide Express Plus®
UPS Worldwide Express®
UPS Express®
UPS Express Saver®
UPS Expedited®

**Extremely Urgent**
**Extrêmement urgent**

Call 1-800 PICK UPS®

• The

• Do

JAMIL VELJI
2899218371
39 SPLENDOR DR
WHITBY ON L1P1X9
CANADA

0.5 LBS LTR 1 OF 1
SHP#: 2981 F8SC R9W
SHP WT: LTR
DATE: 27 MAY 2024

SHIP TO: CLERK OF COURT
(289) 921-8371
US DISTRICTT COURT
400 N MIAMI AVE

MIAMI FL 33128-1801
UNITED STATES

Do nc

UPS
UPS
UPS

FL 330 6-03

UPS SAVER 1P
TRACKING #: 1Z 298 1F8 04 8800 2941

Place

BILLING: P/P
DESC: LEGAL DOCUMENTS

EDI-DOC

REF #1: M 05 27 06
REF #2: CC57.89

ISH 13.00F BIXOLON S 14.5V 03/2024

Contains recycled paper
Contient du papier recyclé

International Shipping Notice— Carriage hereunder may be subject to the rules relating to liability and other terms and/or conditions established by the Convention for the Unification of Certain Rules Relating t

Avis sur l'expédition d'envois internationaux — Le transport effectué en vertu des présentes peut être sujet aux règles relatives à la responsabilité et aux autres modalités ou conditions fixées par la Convention pour l'unification de

United Parcel Service Canada Ltd. United Parcel Service du Canada Ltée